IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-27857 |
| | ) | |
| ANITA P. ALLEN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | JUDGE: JACQUELINE P. COX |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 13, 2021, at 9:00 a.m., I will appear before the Honorable Judge Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the attached motion of Navy Federal Credit Union to Modify the Automatic Stay.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 161 273 2896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 161 273 2896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on August 31, 2021 at 5:00p.m.

McCalla Raymer Leibert
Pierce, LLC
*/s/ Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

# NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
M.O. Marshall
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

To Debtor:  *Served via U.S. Mail*
Anita P. Allen
PO Box 598
Lansing, IL 60438

To Attorney:  *by Electronic Notice through ECF*
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ANITA P. ALLEN, | ) | NO.: 19-27857 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACQUELINE P. COX |
| | ) | |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Navy Federal Credit Union by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 17147 Burnham Ave, Lansing, Illinois 60438 be Modified stating as follows:

1. On October 1, 2019, the above captioned Chapter 13 was filed.

2. On January 6, 2020, the above captioned Chapter 13 was confirmed.

3. Navy Federal Credit Union services the first mortgage lien on the property located at 17147 Burnham Ave, Lansing, Illinois 60438.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Navy Federal Credit Union. The current post-petition payments are $532.17.

5. As of August 16, 2021, the post-petition mortgage payments are due and owing for April 1, 2021. The default to Navy Federal Credit Union is approximately $2,660.85 consisting of five (5) payments in the amount of $532.17 each (April 2021-August 2021).

6. Attorney's fees and costs for this motion are due in the amount of $1,238.00.

7. The plan is in material default.

8. Navy Federal Credit Union continues to be injured each day it remains bound by the Automatic Stay.

9. Navy Federal Credit Union is not adequately protected.

10. The property located at 17147 Burnham Ave, Lansing, Illinois 60438 is not necessary for the Debtor's reorganization.

11. The Debtor has no equity in the property for the benefit of unsecured creditors.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 17147 Burnham Ave, Lansing, Illinois 60438, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Navy Federal Credit Union to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: */s/ Kinnera Bhoopal*
Kinnera Bhoopal
Illinois Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com