# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

Debtor  <u>Anita P. Allen,</u>  Case No  <u>19-27857</u>  Chapter  <u>13</u>
Moving Creditor  <u>Navy Federal Credit Union</u>  Date Case Filed  <u>October 01, 2019</u>

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe): __

Chapter 13   Date of Confirmation Hearing      Date Plan Confirmed   January 6, 2020

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe) _____

2. Balance Owed as of August 10, 2021 $<u>57,112.33</u>
   Total of all other Liens against Collateral $_____ (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $55,000.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $_____

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months <u>5</u>   Amount $<u>3,898.85</u> (including attorney's fees and costs)
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____   Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) <u>Material payment default</u>

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) __
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: August 31, 2021        Submitted By:      */s/ Kinnera Bhoopal*
                                               ARDC# 6295897
                                               McCalla Raymer Leibert Pierce, LLC